# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MARTINEZ CHAGOLLA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION,<br><br>    Defendant. | Case No. 1:18-cv-00706-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF Nos. 14, 15) |

    Plaintiff, Lorenzo Martinez Chagolla, and Defendant, Cargill Meat Solutions Corporation, have filed a stipulation to dismiss the entire action with prejudice (ECF Nos. 14, 15). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **June 10, 2019**          /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE